**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **JAYSEPH RYAN BELLOMY-GUNN** ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **No. 3:13-0803** |
| ) | **Judge Sharp** |
| **JERRY LESTER, WARDEN** ) | |
| **Respondent.** ) | |

# O R D E R

The petitioner, Jayseph Ryan Bellomy-Gunn, brings this *pro se* action seeking federal *habeas corpus* relief under 28 U.S.C. § 2254. (Docket No. 1). The respondent has filed a motion to dismiss the petition as untimely. (Docket No. 6).

As provided in the memorandum entered contemporaneously herewith, the respondent's motion to dismiss (Docket No. 6) is **GRANTED**, and the petition is hereby **DENIED**. Accordingly, the petitioner's claim is **DISMISSED** with prejudice. Rule 8, Rules – Section 2254 Cases.

A certificate of appealability will not issue.

It is so **ORDERED**.

_____
Kevin H. Sharp
United States District Judge